IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| Plaintiff | : | Case No. 3:17-CR-038 |
| vs. | : | HONORABLE THOMAS M. ROSE |
| KING, Mason Lee | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on May 3, 2017 and adds the following conditions:

*1. Continue or start an education program.*
*2. The defendant only be permitted access to a computer for GED classes and testing purposes on site at the Life Enrichment Center in Dayton, Ohio. The defendant will be monitored by an education professional while assigned to a computer specifically designed for GED classes and tests.*

All other bond conditions remain in full force and effect.

Date: 11-6-17

HONORABLE THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE